IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ABDURRAHMAN ABDALLAH ALI
MAHMOUD AL SHUBATI (ISN 224)

*Petitioner,*

v.

BARACK OBAMA, President of the United
States, *et al.,*

*Respondents.*

Civil Action No. 07-2338 (HHK)

## [PROPOSED] ORDER

**AND NOW**, this 20th day of December, 2011, upon consideration of the Petitioner's

Unopposed Motion to Extend Existing Stay, filed September 30, 2011, it is hereby

**ORDERED** that the Unopposed Motion is GRANTED. The existing stay of proceedings

ordered by the Court on August 9, 2010 (Dkt. No. 228) and extended by the Court until

September 30, 2011 by Minute Order dated July 29, 2011, is further extended an additional six

(6 months, through and including March 30, 2012, subject to the following:

A.      Upon the expiration of the stay, the Parties shall confer as to whether

further proceedings are necessary or whether the stay should remain in place. If the Parties

determine that further proceedings are necessary, they shall file with the Court a proposed

schedule for such proceedings.

B.      The terms of the Protective Order, including provisions regarding counsel

access to Petitioner, will continue to govern during the duration of the stay.

C. This stay of proceedings includes a stay of all discovery obligations and filings related thereto.

BY THE COURT:

Hon. ~~Henry H. Kennedy, Jr.~~
United States District Judge